1  Thomas B. Mayhew (State Bar No. 183539)
   tmayhew@fbm.com
2  MaryJo Lopez-Oneal (State Bar No. 337163)
   mlopezoneal@fbm.com
3  Farella Braun + Martel LLP
   One Bush Street, Suite 900
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for
   L'ORÉAL USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TINA BARRALES,<br><br>                Plaintiff,<br><br>        vs.<br><br>L'OREAL USA, INC. DBA LA ROCHE-POSAY, LLC,<br><br>                Defendant. | Case No. 2:25-cv-07912-AH-MAR<br><br>**STIPULATION TO SET MOTION TO DISMISS FIRST AMENDED COMPLAINT BRIEFING SCHEDULE**<br><br>Judge:  Judge Anne Hwang |

IT IS HEREBY STIPULATED by and between Plaintiff Tina Barrales ("Plaintiff") and Defendant L'Oréal USA, Inc. ("Defendant" or "L'Oréal"), by and through their respective counsel as follows:

WHEREAS, on January 7, 2026, Plaintiff filed a First Amended Complaint ("FAC").

WHEREAS, Defendant intends to file a motion to dismiss Plaintiff's FAC.

WHEREAS, the Parties have agreed adjust the briefing schedule to accommodate the convenience of the parties and their counsel, and provide additional time to each for drafting compared with a standard briefing schedule.

NOW, THEREFORE, the Parties agree through their counsel, that Defendant's motion to dismiss be briefed as follows:

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION TO SET MOTION TO DISMISS
FAC BRIEFING SCHEDULE –
Case No. 2:25-cv-07912-AH-MAR

47445\20834497.2

1. Deadline for parties to meet and confer: February 3, 2026;
2. Deadline for Defendant to file motion to dismiss: February 10, 2026;
3. Deadline for Plaintiff to file opposition to Defendant's motion to dismiss: March 10, 2026;
4. Deadline for Defendant to file its reply in support of its motion to dismiss: March 25, 2026;

**IT IS SO STIPULATED.**

Dated: January 22, 2026          FARELLA BRAUN + MARTEL LLP


By:  ___/s/ Thomas B. Mayhew___
     Thomas B. Mayhew

Attorneys for Defendant
L'OREAL USA. INC.


Dated: January 22, 2026          HEDIN LLP


By:  ___/s/ Frank S. Hedin___
     Frank S. Hedin

Attorneys for Plaintiff
TINA BARRALES

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION TO SET MOTION TO DISMISS
FAC BRIEFING SCHEDULE –
Case No. 2:25-cv-07912-AH-MAR

2

47445\20834497.2

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 22, 2026          FARELLA BRAUN + MARTEL LLP

By: _____/s/ Thomas B. Mayhew_____
   Thomas B. Mayhew

Attorneys for Defendant
L'OREAL USA. INC.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION TO SET MOTION TO DISMISS FAC BRIEFING SCHEDULE –
Case No. 2:25-cv-07912-AH-MAR

3

47445\20834497.2