Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
MaryJo Lopez-Oneal (State Bar No. 337163)
mlopezoneal@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for
L'OREAL USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TINA BARRALES,<br><br>  Plaintiff,<br><br>  vs.<br><br>L'OREAL USA, INC. DBA LA ROCHE-POSAY, LLC,<br><br>  Defendant. | Case No. 2:25-cv-07912-AH-MAR<br><br>**[PROPOSED] ORDER SETTING MOTION TO DISMISS FIRST AMENDED COMPLAINT BRIEFING SCHEDULE**<br><br>Judge:  Judge Anne Hwang |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER SETTING MOTION TO DISMISS FAC BRIEFING SCHEDULE
Case No. 2:25-cv-07912-AH-MAR

47445\20834613.1

# [PROPOSED] ORDER

Pursuant to the parties' Stipulation to Set Motion to Dismiss First Amended Complaint Briefing Schedule and good cause appearing, the motion to dismiss briefing schedule will be set as follows:

1. Deadline for parties to meet and confer: February 3, 2026;
2. Deadline for Defendant to file motion to dismiss: February 10, 2026;
3. Deadline for Plaintiff to file opposition to Defendant's motion to dismiss: March 10, 2026;
4. Deadline for Defendant to file its reply in support of its motion to dismiss: March 25, 2026.

**IT SO ORDERED**.

Dated: _____

_____
Hon. Anne Hwang
United States District Judge

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER SETTING MOTION TO DISMISS FAC BRIEFING SCHEDULE
Case No. 2:25-cv-07912-AH-MAR

2

47445\20834613.1