Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
MaryJo Lopez-Oneal (State Bar No. 337163)
mlopezoneal@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for
L'OREAL USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TINA BARRALES,<br><br>            Plaintiff,<br><br>     vs.<br><br>L'OREAL USA, INC. DBA LA ROCHE-POSAY, LLC,<br><br>            Defendant. | Case No. 2:25-cv-07912-AH-MARx<br><br>**ORDER SETTING MOTION TO DISMISS FIRST AMENDED COMPLAINT BRIEFING SCHEDULE   [19]**<br><br>Judge:   Judge Anne Hwang |

ORDER SETTING MOTION TO DISMISS FAC
BRIEFING SCHEDULE
Case No. 2:25-cv-07912-AH-MAR

47445\20875222.1

# ORDER

Pursuant to the parties' Stipulation to Vacate Motion to Dismiss First Amended Complaint Briefing Schedule and good cause appearing, the Court ORDERS that Defendant's motion to dismiss the First Amended Complaint be briefed as follows:

1. Deadline for Parties to meet and confer: May 14, 2026;

2. Deadline for Defendant to file motion to dismiss: May 21, 2026;

3. Deadline for Plaintiff to file opposition to Defendant's motion to dismiss:  June 25, 2026;

4. Deadline for Defendant to file its reply in support of its motion to dismiss:  July 16, 2026;

There shall be no further request for continuance.

**IT SO ORDERED**.

Dated: MARCH 9, 2026

_____
Hon. Anne Hwang
United States District Judge

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER SETTING MOTION TO DISMISS FAC
BRIEFING SCHEDULE
Case No. 2:25-cv-07912-AH-MAR

2

47445\20875222.1